# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:16-mj-135 |
| -vs- | : | Chief Magistrate Judge Sharon L. Ovington |
| KEON RUTLEDGE, | : | |
| Defendant. | : | |

**ORDER APPOINTING COUNSEL UNDER THE CRIMINAL JUSTICE ACT**

This case is before the Court upon Defendant's application for appointment of counsel pursuant to 18 U.S.C. §3006A. Upon review of Defendant's Financial Affidavit, the Court finds that he is qualified for appointed counsel.

IT IS ACCORDINGLY ORDERED that Vincent Paul Popp, of the CJA Panel for the Southern District of Ohio, is appointed as counsel to represent the Defendant in this case.

July 18, 2016

                s/Sharon L. Ovington
                Sharon L. Ovington
                Chief United States Magistrate Judge